Appeal No's. 01-14-00176-CR
01-14-00177-CR
01-14-00178-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 1 3 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

| | | |
|---|---|---|
| STEVE J. CARRINGTON | § | IN THE FIRST DISTRICT |
| -V- | § | COURT OF APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS |

## MOTION TO COMPEL THE 400TH DISTRICT COURT TO COMPLY WITH T.R.A.P. RULE 20.2 AND T.C.C.P. ARTICLE 1.051(d)(1)

TO THE HONORABLE JUSTICE OF SAID COURT:

Now comes, STEVE J. CARRINGTON, RELATOR, Pro se, in the above entitled appeal numbers and respectfully present his Motion To Compel The 400TH District Court To Comply with T.R.A.P. Rule 20.2 And T.C.C.P. Article 1.051(d)(1), and in support of his Motion, Relator shows the following;

I.

### DUTIES SOUGHT TO BE COMPELLED.

Relator seeks appointment of appellate counsel to assist him in filing his direct appeal brief, as well, Relator seeks use or to be provided one free copy of the records, reporter and court reporter records, so that he may review and effectively excute his appeal. Relator seeks the 400TH District Court to comply with T.R.A.P. Rule 20.2 and T.C.C.P. Art. 1.051(d)(1).

1

## II.

## ACTION TAKEN

On February 20, 2014, Relator filed several motions with the 400TH District Court of Fort Bend County, Texas, 301 Jackson, Richmond, Texas 77469, such as: Notice of Appeal; Motion to Vacate Mandate; Brief Supporting Notice of Appeal; Motion to Withdraw Plea of Guilty Made Involuntary; and Motion for Appointment of Counsel To File Direct Appeal.

On March 18, 2014, Defendant's Request For Trial Transcripts was filed along with a second Motion To Appoint Counsel Pursuant to C.C.P. Art. 1.051(d)(1). Both Motions were denied on April 7, 2014. Trial cause numbers 06-DCR-044879; 06-DCR-043601; and 06-DCR- 044878.

## III.

## RELIEF SOUGHT

Relator, Pursuant to Code of Criminal Procedure art. 1.051(d)(1) request the appointment of appellate counsel. Relator is indigent and during pre-trial and the Plea Proceedings relator was and has established his indigentcy. According to Evitts V. Lucey, 469 U.S. 387, 105 S.Ct. 830 (1985), An appellant is entitled to the effective assistance of counsel on appeal.

Relator, also request, pursuant to Texas Rules of Appellate Procedure, Rule 20.2, to be provided with the records, the reporter records, that was filed with this court March 12, 2014, and Court reporter record filed March 10, 2014. Rule 20.2 provides for a free appellate record if appellant is indigent. Relator filed with the 400TH District Court a six month print out showing his inability to purchase the records or afford counsel. The Court of Criminal Appeals has stated, "The absence of an appellate record renders appellant's appeal a meaningless ritual. Ward V.

2

State, 740 S.W. 2d 794, 800 (Tex. Crim. App. 1987); quoting Evitts v. Lucey, 469 U.S. 387, 394, 105 S. Ct. 830, 834, 83 L. Ed. 2d 821, 828 (1985).

## IV.

## CONCLUSION, PRAYER

Relator Prays that the Court grants his Motion and Compel the 400TH District Court of Fort Bend County, Texas, to comply with T.R.A.P. Rule 20.2 and T.C.C.P. art. 1.051(d)(1).

*Steve Carrington*
STEVE J. CARRINGTON
TDCJ #1491488
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351

## V.

## INMATE DECLERATION

I, STEVE J. CARRINGTON, BEING PRESENTLY INCARCERATED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, AT THE ALLEN B. POLUNSKY UNIT, POLK COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THAT ALL CLAIMS AND ALLEGATIONS PRESENTED WITHIN THE FOREGOING MOTION ARE TRUE AND CORRECT.

*Steve Carrington*
STEVE J. CARRINGTON

SUBMITTED THE 9th DAY OF January , 2014

3

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION HAS BEEN SENT TO THIS COURT VIA U.S. POSTAL MAIL.

_Steve Carrington_
STEVE J. CARRINGTON

SUBMITTED THE **9th** DAY OF **JANUARY**, 2014.

4

APPEAL NOS. 01-14-00176-CR
01-14-00177-CR
01-14-00178-CR

DATE: 01-08-15

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 1 3 2015

CHRISTOPHER A. PRINE

CLERK _____

MAIL RECEIVED

TO: The Clerk of:

The First District Court of Appeals;

Sir/Ma'am, enclosed with this letter is two motions. One being a Motion to Compel and the other, a Motion to hold Appeal in Abeyance. The Motion to hold in Abeyance has previously been filed (08-22-14) with this Court but as of yet there has been no ruling on it.

I ask that both of these motions be filed and brought before the Court for a ruling.

Thank You in advance.

x. Steve Carrington
STEVE CARRINGTON
TDC #1491488
POLUNSKY UNIT
3872 Fm 350 S
LIVINGSTON, TX. 77351

Steus Carrancton #VV414BB
Polunsky Unit
3872 FM350
Livingston, TX 77351

Legial Mail

First District Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

FIRST COURT OF APPEALS
HOUSTON, TEXAS

RECEIVED
JAN 13 2015

CHRISTOPHER A. PRINE
CLERK

7700220866̄99